**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Mark Leach and Bryan Benoit v. Triple-S Tube Supply, LP

Appellate case number:   01-19-00773-CV

Trial court case number: 2019-26257

Trial court:             61st District Court of Harris County

Appellee has filed a motion to dismiss the appeal for want of prosecution, in part because appellants have not filed a docketing statement. Once an appeal has been assigned to this Court, the appellant must file a docketing statement. *See* TEX. R. APP. P. 32.1. The form may be found on this Court's website.

Accordingly, the Court directs appellants to file a docketing statement **within 10 days of the date of this order.**

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower____
                   ☑ Acting individually   ☐ Acting for the Court


Date:   __January 23, 2020____